# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROSE MARY BROOKS,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                    5:10CV159-1-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2010 Order.

                                               Signed: October 26, 2010

_____
Frank G. Johns, Clerk
United States District Court